IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DAVID MURPHY,                          )
                                       )     2:10-cv-00097-GEB-GGH
            Plaintiff,                 )
                                       )
      v.                               )     ORDER
                                       )
CHIPOTLE MEXICAN GRILL, INC.;          )
DOES 1-100, inclusive,                 )
                                       )
            Defendants.                )
_____)
```

    Since the parties represent in their August 15, 2011 filing that they have settled this action, this action is dismissed without prejudice.

Dated: August 22, 2011

                 _____
                  GARLAND E. BURRELL, JR.
                  United States District Judge

1